No. 895. C. W. JOHNSON, TRUSTEE IN BANKRUPTCY OF JOHNSON & COMPANY, BANKRUPTS *v.* SALLIE B. DUNCAN. March 9, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.

*Mr. Emile Steinfeld* for petitioner. *Mr. James Garnett* for respondent.